DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBRA K. ASHER,**
Appellant,

v.

**McCORMICK 105, LLC,**
Appellee.

No. 4D19-2237

[March 5, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE 18002083.

Debra K. Asher, Fort Lauderdale, pro se.

Evan R. Raymond of Howard Law Group, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***